ROYAL INDEMNITY COMPANY, Appellant, v. PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent.— Order denying plaintiff's motion to amend judgment in favor of defendant by adding provision for payment to plaintiff of $675, with interest, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See post, p. 513.]

JOHN J. O'DONNELL, Appellant, v. J. NORMAN WHITEHOUSE and Others, Respondents.— Orders denying plaintiff's motions to restore action to the Trial Term calendar unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GEORGE HOWARD, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, and Others, Appellants.— Order granting plaintiff's motion for a preference and directing cause to be placed upon the reserve jury calendar, Trial Term, for May 24, 1935, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., takes no part.

GEORGE FREEMAN, Appellant, v. ROSENBAUM GRAIN CORPORATION, Respondent.— Orders denying plaintiff's motion to open default and to permit plaintiff to prosecute action, and denying on reargument plaintiff's motion to open default on counterclaim, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DAVID KRAMER, Appellant, v. VALENTINE TEXTILE CORPORATION, Respondent.— Counsel having consented in open court that the plaintiff would not seek a further examination before trial upon the institution of another action, the order denying plaintiff's motion for leave to discontinue the action upon payment of taxable costs is unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK, for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Owners Legally Entitled to Damages Caused by the Closing of a Portion of Old Third Avenue (Formerly Old Fordham Avenue), in Blocks Nos. 2920, 2921, 2922, 2923 and 2924, in the Borough of the Bronx, City of New York.— Order appointing commissioners of estimate and assessment other than those named in appellant's application, and order denying resettlement, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HENRY HADAD, Respondent, v. GABRIEL REAL ESTATE CORPORATION and Others, Defendants, YORK FUEL Co., INC., Appellant.— Order denying petitioner's motion to intervene as a party defendant unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.